**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DAVID EASLEY,**                                         **CASE NO. 2:10-cv-596**

        **Petitioner,**

                                                    **JUDGE MARBLEY**

**v.**

**UNITED STATES OF AMERICA,**

        **Respondent.**

<u>**ORDER**</u>

On June 30, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed as time-barred.  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

        **IT IS SO ORDERED**.

                                         s/Algenon L. Marbley
                                         Algenon L. Marbley
                                         United States District Judge