**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*

### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**DAVID EASLEY,**                                   CASE NO. 2:10-cv-596

       **Petitioner,**

                                       **JUDGE MARBLEY**

**v.**

**UNITED STATES OF AMERICA,**

       **Respondent.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the August 3, 2010 Opinion and Order, the Court ADOPTED and AFFIRMED the Report and Recommendation. This action is DISMISSED.

Date: **August 3, 2010**          **James Bonini, Clerk**

                                                  s/Betty L. Clark
                                                  Betty L. Clark/Deputy Clerk